## ADRIAN v. STATE.
### No. 20408.

Court of Criminal Appeals of Texas.
May 3, 1939.

Robert A. Sone, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for cattle theft, punishment being two years in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

A. C. Chaney, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for five years.

Appellant was convicted on the first of March, 1937, of the offense of burglary of a railroad car, and his punishment assessed at confinement in the penitentiary for five years, with sentence suspended. On the second day of June, 1938, appellant was convicted of a felony in Brown County, Texas, being at the time over 17 years of age. Upon such subsequent conviction the suspended sentence which he had theretofore received was revoked and sentence duly pronounced. Upon the hearing appellant offered proof to the effect that he was under the age of 17 years at the time of his conviction on the first of March, 1937. At the time of the first conviction no sworn statement that appellant was a juvenile was made, either by his parents or himself. There is no suggestion in the record of any fraud having been perpetrated against appellant. The indictment did not allege his age to have been within the juvenile limits. We quote Art. 1084, C.C.P., as follows: "If an indictment does not allege the age of the accused to be within the juvenile limits, then at any time before announcement of ready, the accused, or the parent, guardian, attorney or next friend of the accused may make and file an affidavit in court setting up that such accused is a male then under seventeen years of age, or is a female then under eighteen years of age. When such affidavit is filed, the judge shall hear evidence on the question of the age of the accused, and if he is satisfied therefrom that the accused, if a male is then under the age of seventeen years, or if a female is then under the age of eighteen years, the judge shall transfer the case to the juvenile dock-

## RICE v. STATE.
### No. 20341.

Court of Criminal Appeals of Texas.
May 3, 1939.

